IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS,<br><br>        Plaintiff,<br>v.<br><br>FERREL J. ROBINSON, SR., d/b/a F.J. ROBINSON CONTRACTING, INC.,<br><br>        Defendant. | Case No: 2:17-cv-02209-CSB-EIL |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

COME NOW Defendant Ferrel J. Robinson, Sr., db/a/ F.J. Robinson Contracting, Inc. ("Robinson"), by and through his undersigned counsel, and for his Answer to Plaintiff's Complaint in the above-captioned cause of action, states as follows:

1. This paragraph of Plaintiff's Complaint makes a legal conclusion to which no response is required. To the extent that a response is deemed to be required, Defendant denies each and every allegation contained therein.

2. This paragraph of Plaintiff's Complaint makes a legal conclusion to which no response is required. To the extent that a response is deemed to be required, Defendant denies each and every allegation contained therein.

3. Defendant admits that he conducts business in Bloomington, Illinois. The remainder of this paragraph of Plaintiff's Complaint makes a legal conclusion to which no response is required. To the extent that a response is deemed to be required, Defendant denies each and every additional allegation contained therein.

4.    This paragraph of Plaintiff's Complaint makes a legal conclusion to which no response is required.  To the extent that a response is deemed to be required, Defendant denies each and every allegation contained therein.

5.    This paragraph of Plaintiff's Complaint, including sup-parts (a) – (g) thereof, makes a legal conclusion to which no response is required.  To the extent that a response is deemed to be required, Defendant denies each and every allegation contained therein, including those included in sub-parts (a) – (g).

6.    Defendant denies each and every allegation in this paragraph of Plaintiff's Complaint.

7.    Defendant denies each and every allegation in this paragraph of Plaintiff's Complaint.

8.    Defendant denies each and every allegation in this paragraph of Plaintiff's Complaint.

9.    Defendant denies each and every allegation in this paragraph of Plaintiff's Complaint.

Defendant further denies that Plaintiff is entitled to any of the relief requested in the WHEREFORE clause of its Complaint, including sub-parts (a) – (d) thereof.

WHEREFORE, having fully responded to the allegations contained in Plaintiff's Complaint, Defendant Robinson respectfully requests the Court to enter Judgment in his favor, and against Plaintiff, on Plaintiff's Complaint, for an award of costs, and for such other and further relief as the Court deems just and appropriate.

McCARTHY, LEONARD, KAEMMERER, L.C.

By: /s/ Brian E. McGovern
Brian E. McGovern, #6271815
bmcgovern@mlklaw.com
825 Maryville Centre Dr., Ste. 300
St. Louis, Missouri 63017
(314) 392-5200
(314) 392-5221 (Fax)
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of December, 2017, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon the parties.

/s/ Brian E. McGovern